U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 05-19-06
By: M. Cassanova

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA     CASE NO. 06-5106M-01

versus     MAGISTRATE JUDGE MARK HORNSBY

JOSE MAURO ARANDA-VELA

### ORDER APPOINTING INTERPRETER

The court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, **IT IS ORDERED** that **Laura Addington** be appointed as an interpreter to assist in the trial and all other ancillary proceedings to be held in this matter, as notified by the Clerk of this Court. Compensation for these services shall be paid by the government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure. **IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on May 19, 2006.

MARK HORNSBY
UNITED STATES MAGISTRATE JUDGE